# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

* * * * * * * * * * * * * * * * * * * * * * *

BRITTANY MOLDOVER,       *

        *

       Petitioner,     *      No. 09-755V

        *      Special Master Christian J. Moran

v.        *

        *      Filed: September 26, 2012

SECRETARY OF HEALTH     *

AND HUMAN SERVICES,    *      Attorneys' fees and costs; award

        *      in the amount to which

       Respondent.   *      respondent does not object.

* * * * * * * * * * * * * * * * * * * * * * *

## UNPUBLISHED DECISION ON FEES AND COSTS[1]

Mindy M. Roth, Britcher, Leone & Roth, L.L.C., Glen Rock, NJ, for Petitioner;
Debra A. Filteau Begley, U.S. Department of Justice, Washington, D.C., for Respondent.

      Petitioner Brittany Moldover filed an application for attorneys' fees and costs on September 24, 2012. The Court awards the amount to which respondent does not object.

      Ms. Moldover claimed that the human papillomavirus and meningococcal vaccines caused her to suffer an adverse reaction and received compensation based upon the parties' stipulation. Decision, filed May 3, 2012. Because Ms. Moldover received compensation, she is entitled to an award of attorneys' fees and costs. 42 U.S.C. § 300aa-15(e).

      Ms. Moldover seeks a total of **$13,181.66** in attorneys' fees and costs for petitioner's counsel. She also seeks an award of **$7,048.49** for work performed by her prior counsel, Stephan E. Andersson. Additionally, Ms. Moldover filed a statement of costs in compliance with General Order No. 9, stating that she incurred no litigation expenses while pursuing this claim. Respondent stated that she had no objection to this application for attorneys' fees and costs.

---

[1]     The E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.

After reviewing the request, the court awards the following:

1. A check made payable to petitioner and petitioner's current attorney in the amount of **$13,181.66** for attorneys' fees and other litigation costs;

2. A check made payable to petitioner and petitioner's former attorney, Stephan Andersson in the amount of **$7,048.49** for attorneys' fees and other litigation costs.

The court thanks the parties for their cooperative efforts in resolving this matter.

The Clerk shall enter judgment accordingly.[2]

**IT IS SO ORDERED.**

S/ Christian J. Moran

_____
Christian J. Moran
Special Master

---

[2]    Pursuant to Vaccine Rule 11(a), the parties can expedite entry of judgment by each party filing a notice renouncing the right to seek review by a United States Court of Federal Claims judge.